IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-740-CMA-MEH

PORTIA ADAMSON, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, d/b/a AUDI OF AMERICA, INC., VOLKSWAGEN AG, a German corporation, and AUDI COLORADO SPRINGS, on behalf of itself and all others similarly situated,

    Defendants.

## NOTICE OF DISMISSAL

Plaintiff, Portia Adamson, hereby voluntarily dismisses Defendant, Volkswagen AG, from this case, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted this 26th day of May, 2022.

    /s/ *Joseph A. O'Keefe*
    *Joseph A. O'Keefe, Esq.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May, 2022, I served a copy of the foregoing upon all counsel of record via the CM/ECF system.

*s/ Joseph A. O'Keefe*
Joseph A. O'Keefe, Esq.
