IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00740-CMA-MEH

PORTIA ADAMSON,
on behalf of herself and all others similarly situated,
    Plaintiff,

v.

VOLKSWAGEN GROUP OF AMERICAN, INC. a New Jersey
corporation, d/b/a AUDI OF AMERICA, INC.,
VOLKSWAGEN AG, a German corporation, and AUDI
COLORADO SPRINGS, on behalf of itself and all others
similarly situated,
       Defendants.

---

**MOTION FOR WITHDRAWAL AS COUNSEL AND TO TERMINATE UNITED STATES DISTRICT COURT ECF NOTIFICATIONS**

---

COMES NOW, Christopher R. Reeves of Waltz|Reeves as counsel for Defendant, Audi Colorado Springs, and hereby moves this Court for an Order allowing the withdrawal of attorney Barbara J. Stauch, Colorado Attorney Registration No. 30666, as counsel of record for the Defendant Audi Colorado Springs and removing her from the ECF notifications in this matter. Ms. Stauch is no longer an associate with Waltz|Reeves effective October 14, 2022.

Christopher R. Reeves of Waltz|Reeves will remain as attorney of record for the Defendant Audi Colorado Springs.

Dated this 14th day of October, 2022.

                                          Respectfully submitted,

                                          s/Christopher R. Reeves  
                                          Christopher R. Reeves, Esq.  
                                          Waltz|Reeves  
                                          1660 Lincoln Street, Suite 2510  
                                          Denver, CO 80264  
                                          Telephone: 303-830-8800  
                                          Facsimile: 303-830-8850


## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2022, a true and correct copy of the foregoing was filed and served via CM/ECF addressed to all current and active counsel of record listed on the service list.

                                          s/Allie Struebel  
                                          Waltz|Reeves