IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 22-cv-00740-CMA-MDB

PORTIA ADAMSON,

    Plaintiff,

v.

VALKSWAGEN GROUP OF AMERICA, INC., *d/b/a* Audi of America, Inc.,
VOLKSWAGEN AG, and
AUDI COLORADO SPRINGS,

    Defendants.

---

## ORDER OF DISMISSAL

---

On March 27, 2023 this Court issued an Order directing the Plaintiff to file an amended complaint, should she wish, on or before April 27, 2023, otherwise the case will be dismissed with prejudice. To date, nothing further has been filed in this matter. Therefore, it is

ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED: May 3, 2023

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              Senior United States District Judge